# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2634

_____

Claryce D. Graham,

        Appellant,

v.

Rosemount, Inc.; HealthPartners, Inc.;
HealthPartners Administrators, Inc.;
Choice Plus, a Self-Insured Employee
Benefits Plan,

        Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   District of Minnesota.
\*
\*
\*     [UNPUBLISHED]
\*
\*
\*

_____

Submitted:  June 15, 2000
Filed: July 12, 2000

_____

Before MURPHY, HEANEY, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Claryce Graham brought suit against Rosemount, Inc.; HealthPartners, Inc.; HealthPartners Administrators; and ChoicePlus alleging violations of the Americans with Disabilities Act (ADA), the Age Discrimination in Employment Act (ADEA), Title VII, the Employee Retirement Income Security Act (ERISA), the Minnesota

Human Rights Act, and breach of fiduciary duty.  The district court[1] granted summary judgment to all the defendants on all causes of action.  Graham appeals the district court's grant of summary judgment as to her ADA, ADEA, and ERISA claims.  After carefully reviewing the record and the parties' briefs, we affirm the judgment for the reasons stated by the district court.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota.